UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARTURO BARRAGAN,

                Plaintiff,

v.

THE BLUE STOVE INC. d/b/a The Blue Stove and Rachel McBride,

                Defendants.

Case No.: 15-CV-4388 (PKC)(RER)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above-entitled action, and all claims asserted therein, be dismissed with prejudice and with the parties specifically waiving any right to claim costs, disbursements or attorneys' fees as against each other arising from the instant litigation, other than as laid out in the parties' settlement agreement.

Dated: 11/30/15

EISNER & ASSOCIATES, P.C.
Attorneys for Plaintiff
113 University Place, 8th Flr.
New York, NY 10003

By: _____
Benjamin Nathan Dictor, Esq.
ben@eisnerassociates.com

Dated: 11/30/15

GREENWALD DOHERTY LLP
Attorneys for Defendants
30 Ramland Road, Suite 201
Orangeburg, NY 10962

By: _____
Roy Goldberg, Esq.
rg@greenwaldllp.com

SO ORDERED:

_____